```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------  X
                                      :
UNITED STATES OF AMERICA              :
                                      :        INFORMATION
    - v. -                            :
                                      :        20 Cr. 531 (CS)
ROBERT COURTRIGHT,                    :
                                      :
                    Defendant.        :
                                      :
------------------------------------  X
```

**COUNT ONE**

The Acting United States Attorney charges:

1. On or about June 8, 2020, in the Southern District of New York, ROBERT COURTRIGHT, the defendant, did threaten to assault Federal law enforcement officers, to wit, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), with intent to retaliate against such agents on account of the performance of official duties, to wit, COURTRIGHT threatened to assault ATF agents in retaliation for their execution of a search warrant at his home.

(Title 18, United States Code, Section 115(a)(1)(B).)

_Audrey Strauss_
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**ROBERT COURTRIGHT,**

Defendant.

<u>**INFORMATION**</u>

20 Cr. 531

(18 U.S.C. § 115(a)(1)(B))

AUDREY STRAUSS
Acting United States Attorney