UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Robert Courtright

                              Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     ( ) ( )

Defendant __Robert Courtright_____ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_x_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(during a videoconference on October 5, 2020, Benjamin Gold read and explained this form to Mr. Courtright and Mr. Courtright authorized Benjamin Gold to electronically sign this form on his behalf).

_*Robert Courtright*_____        _*Ben G*_____
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Robert Courtright_____        __Benjamin Gold_____
Print Defendant's Name                               Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__10/6/2020_____                     _*Judith C. McCarthy*_____
Date                                                         U.S. District Judge/U.S. Magistrate Judge